# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:21-CV-151-KDB-DCK

| | |
|---|---|
| **ABIGAIL RATCHFORD, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**RJS ENTERTAINMENT, LLC,** )<br>**CADILLAC'S DISCOTHEQUE, INC., and** )<br>**ROCCO SCARFONE,** )<br>)<br>**Defendants**. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Matthew R. Gambale, concerning John V. Golaszewski, on October 15, 2021. John V. Golaszewski seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. John V. Golaszewski is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: October 20, 2021

David C. Keesler
United States Magistrate Judge